IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMPCARE DE PUERTO RICO, INC.<br><br>Plaintiff<br><br>vs<br><br>SANTA CRUZ BEHAVIORAL GROUP;<br>DR. WILLIAM JULIO<br>DR. SYLMA BATISTA<br>DR. IVAN CHICOWICZ<br>DR. LYDIA LAZARO<br>DR. MARIE RODRIGUEZ<br>DR. ZULEIKA ROSADO<br>DR. PEDRO OYOLA-NIEVES<br>DR. RUBEN BRAVO-VALVERDE<br>JOHN DOE A<br>JOHN DOE B<br>JOHN DOE C<br>CORPORATIONS D, E, and F<br>INSURANCE COMPANIES X, Y and Z<br><br>Defendants | CIVIL 10-1950CCC |

## JUDGMENT

The Informative Motion Regarding Settlement Agreement (**docket entry 20**) is NOTED. Having considered the Motion Submitting Settlement Agreement and Requesting Voluntary Dismissal with Prejudice filed by plaintiff on December 17, 2010, as well as the Confidential Settlement Agreement attached thereto (**docket entry 23**), IT IS ORDERED AND ADJUDGED that this action be and is hereby DISMISSED, with prejudice, without imposition of costs or attorney's fees, pursuant to the terms and conditions of said Settlement Agreement which are made an integral part of this Judgment.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 20, 2010.

S/CARMEN CONSUELO CEREZO
United States District Judge